UNITED STATES of America,
Plaintiff—Appellee,

v.

Steven Wayne BELL, Defendant—
Appellant.

No. 08–6838.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

Steven Wayne Bell, Appellant Pro Se. Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Wayne Bell appeals the district court's order denying his motions for sentence credit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bell*, No. 5:01–cr–00013–BR–1 (E.D.N.C. May 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*